IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BERNARD HALL

      Plaintiff,        ORDER

   v.              13-cv-615-wmc

CDA, *et al.*,

      Defendants.

---

  Plaintiff Bernard Hall filed this proposed civil action alleging that he was unreasonably evicted from his apartment. On January 6, 2015 this court entered an order directing Hall to file an amended complaint. The court's order has been returned "moved left no address unable to forward" because Hall has failed to provide a valid address. (Dkt. # 6).

  It is not the obligation of either this court or the clerk's office to search for litigants. Rather, it is the litigant's responsibility to advise the court of any change to his or her contact information. *See Casimir v. Sunrise Fin., Inc.*, 299 F. App'x 591, 593, 2008 WL 4922422 (7th Cir. 2008) (affirming the denial of a Rule 60(b) motion where movants claimed they did not receive notice of summary judgment due to a house fire, adding that "all litigants, including pro se litigants, are responsible for maintaining communication with the court"); *see also Soliman v. Johanns*, 412 F.3d 920, 922 (8th Cir. 2005) ("[A] litigant who invokes the processes of the federal courts is responsible for

maintaining communication with the court during the pendency of his lawsuit."). The plaintiff has clearly failed to provide the court with an accurate, current address. Because plaintiff has failed to provide a current address, it appears that he has abandoned his complaint.

Accordingly, under the inherent power necessarily vested in a court to manage its own docket, the complaint will be dismissed without prejudice for want of prosecution. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962); *Ohio River Co. v. Carrillo*, 754 F.2d 236, 238 n.5 (7th Cir. 1984).

ORDER

IT IS ORDERED that the complaint filed by plaintiff Bernard Hall is DISMISSED without prejudice for want of prosecution. Relief from this order may be granted upon a showing of good cause.

Entered this 14th day of January, 2015.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge