IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERNARD HALL,

    Plaintiff,                                   JUDGMENT IN A CIVIL CASE

    v.                                          Case No. 13-cv-615-wmc

CDA, SALLY JO HANKS,
AUGUSTIN OLIVERA, WILLIAM
CPERKIN and TIMOTHY BRUER,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the complaint filed by plaintiff Bernard Hall without prejudice for want of prosecution.

| /s/ | 1/14/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |